# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FAUSTINO LEON HERNANDEZ, | Case No. 1:14-cv-00428 DLB PC |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| KHIN AYE, et al., | |
| Defendants. | |

Plaintiff Faustino Leon Hernandez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 26, 2014.[1]

On March 11, 2015, the Court screened the complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days passed and Plaintiff did not file an amended complaint or otherwise communicate with the Court. Accordingly, on April 22, 2015, Plaintiff was ordered to show cause why this action should not be dismissed for failure to follow a court order and for failure to prosecute. Plaintiff was ordered to file a response to the order within twenty-one (21) days. Over twenty-one days have passed and Plaintiff has failed to respond to the Court's order in any manner. Plaintiff was forewarned that failure to comply would result in dismissal of the action.

---

[1] On April 7, 2014, Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

1

1  Accordingly, IT IS HEREBY ORDERED that the action is DISMISSED for failure to
2  prosecute and failure to follow a court order.
3  <u>This terminates this action in its entirety.</u>
4
5  IT IS SO ORDERED.
6  Dated:   **May 28, 2015**                         /s/ Dennis L. Beck
7                                                                 UNITED STATES MAGISTRATE JUDGE